AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT - 2 2025

MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Ruben FIGUEROA-Flores<br>-AKA-Ruben Flores-Figueroa<br>*Defendant(s)* | Case No. 25-4116 MJ |

(FBW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 30, 2025__ in the county of __Doña Ana__ in the __State and__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| COUNT 1: 8 USC 1326(a)(1)/(b)(1) | an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of a felony, to wit: Illegal Re-Entry, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully |

This criminal complaint is based on these facts:
On September 30, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. The Agent questioned the Defendant as to his citizenship to which the Defendant stated that he was a citizen and national of Mexico present in the United States without Immigration Documents that would allow him to be or remain in the United States legally. Processing at the Santa Teresa Station revealed that the Defendant had been previously deported to Mexico via Nogales, AZ on or about July 11, 2023. This was subsequent to a felony conviction for

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Calzada, BORDER PATROL AGENT
*Printed name and title*

Electronically submitted and telephonically sworn to before me:

Date: __10/02/2025__

_____
*Judge's signature*

Gregory B. Wormuth
Chief U.S. Magistrate Judge
*Printed name and title*

City and state: __Las Cruces, New Mexico__

District Of New Mexico

U.S. v. Ruben FIGUEROA-Flores

Criminal Complaints (Continued)

"Illegal Re-Entry" in the state of New Mexico on or about May 08, 2019. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

_____
Signature of Judicial Officer

_____
Signature of Complainant

Calzada, Daniel
Filing Agent